UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORIE STERLING AND SOPHIA STERLING, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BOARD OF EDUCATION OF ) <br> EVANSTON TOWNSHIP HIGH SCHOOL ) <br> DISTRICT 202, ERIC WITHERSPOON, ) <br> MARCUS CAMPBELL, ) <br> MARVIN RHONE, MICHAEL HAYWOOD, ) <br> ) <br> Defendants. ) | No. 1:19-cv-5599 <br><br> Chief Judge Rebecca R. Pallmeyer <br><br> Magistrate Judge Young B. Kim |

**JOINT STATUS REPORT
PURSUANT TO THIRD AMENDED GENERAL ORDER 20-0012**

Plaintiffs Jorie Sterling and Sophia Sterling, by their attorneys at Action Injury Law Group and Grant & Eisenhofer, P.A., Defendants Board of Education of Evanston Township High School District 202 (BOE), Eric Witherspoon, and Marcus Campbell (hereinafter "ETHS Defendants"), by their attorneys at Dykema Gossett, and Marvin Rhone, by his attorney Sean Harrison, jointly submit the following status report pursuant to Third Amended General Order 20-0012, paragraph 5:

1. **Status of Case and Pending Motions:** This case was filed on August 20, 2019. ETHS Defendants and Defendant Rhone filed motions to dismiss and Plaintiffs subsequently amended the complaint. On January 16, 2020, the same Defendants filed motions to dismiss in response to Plaintiffs' First Amended Complaint. (ECF Doc. 40, 42.) The Court set a briefing schedule with March 16, 2020 for Plaintiffs' response briefs. Plaintiffs filed their responses on March 16, 2020. (ECF Doc. 47, 48.) The deadline for Defendants' replies, originally set for April

6, 2020, was extended by General Order 20-0012 (and the subsequent Amended Orders) and the reply briefs are now due **June 22, 2020**.

2. **Status of Defendant Haywood**: Defendant Haywood was served on September 9, 2019. Defendant Haywood has not filed an appearance or responded to the complaint. Plaintiffs will be filing a motion for default judgment against Defendant Haywood shortly.

3. **Status of Discovery and Requested Court Action:** The Court's order setting the motion to dismiss briefing schedule also stayed discovery. (ECF Doc. 44.) Plaintiffs' position is that all or some claims will remain after ruling on the pending motions to dismiss. Plaintiffs raised the possibility of lifting the stay on discovery to conduct initial written discovery. Defendants oppose lifting the stay due to the pending motions to dismiss, which could potentially resolve all claims against the ETHS Defendants. Further, there are pending criminal charges against Defendant Haywood related to the events alleged in Plaintiffs' First Amended Complaint. If the stay of discovery is lifted, the ETHS Defendants may seek to stay all or a portion of the discovery on account of the pending criminal matter.

4. **Status of Settlement:** Plaintiffs requested pre-suit settlement discussions and mediation with the ETHS Defendants and Evanston Township, but, according to Plaintiffs, the ETHS Defendants declined to participate in settlement discussions. The ETHS Defendants and Plaintiffs had some early communications regarding settlement after the filing of the lawsuit, and these parties remain interested in exploring settlement. ETHS Defendants invited a demand letter, and Plaintiffs have yet to issue a formal demand. Plaintiffs have not done so, in part, because they had the impression it would not be productive, but will revisit a demand based on the parties' latest communications. As to Defendant Rhone, counsel have discussed settlement and it is clear that settlement is not a realistic possibility as to Rhone at this point.

5. **Hearing:** The parties agree that a hearing is not urgently needed unless the Court wishes to hear from the parties regarding the request to conduct written discovery.

Date: May 18, 2020

| *Attorneys for Plaintiffs:* | *Attorneys for ETHS Defendants:* |
|---|---|
| /s/Amanda S. Yarusso | /s/ Molly E. Thompson |
| Andrew M. Stroth<br>Carlton Odim<br>Amanda S. Yarusso | Charles Anthony LeMoine<br>Molly E. Thompson<br>Rosa Maria Tumialan−Landy |
| Action Injury Law Group, LLC<br>191 North Wacker Drive<br>Suite 2300<br>Chicago, IL 60606<br>(312) 771 2444<br>astroth@actioninjurylawgroup.com<br>carlton@actioninjurylawgroup.com<br>amanda@actioninjurylawgroup.com | Dykema Gossett PLLC<br>10 South Wacker Drive<br>Suite 2300<br>Chicago, IL 60606<br>(312)876−1700<br>clemoine@dykema.com<br>methompson@dykema.com<br>rtumialan@dykema.com |
| Karyn L. Bass Ehler<br>Grant & Eisenhofer P.A.<br>30 N. LaSalle St.<br>Suite 2350<br>Chicago, IL 60602<br>(312) 610-5350<br>kbassehler@gelaw.com | *Attorney for Defendant Rhone:*<br><br>/s/ Sean C. Harrison<br><br>Sean C. Harrison<br>Harrison and Alnaqib<br>53 W. Jackson Blvd<br>#425<br>Chicago, IL 60606<br>(312) 631−3405<br>harrison_alnaqib@yahoo.com |
| Kimberly A. Evans<br>Grant & Eisenhofer P.A.<br>123 S. Justison Street<br>Wilmington, DE 19801<br>302-622-7000<br>kevans@gelaw.com | |