# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Jorie Sterling et al.,

Plaintiff(s),

v.

Evanston Township High School District 202 et al,

Defendant(s).

Case No.  19 C 5599
Judge Rebecca R. Pallmeyer

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐      in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

           which ☐ includes     pre–judgment interest.
                  ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐      in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒      other: Judgment is entered in favor of Plaintiffs Jorie Sterling and Sophia Sterling and against Defendant Michael Haywood in the amount of $3,000,000.00.

---

This action was *(check one)*:

☐ tried by a jury with Judge Rebecca R. Pallmeyer presiding, and the jury has rendered a verdict.
☐ tried by Judge Rebecca R. Pallmeyer without a jury and the above decision was reached.
☒ decided by Judge Rebecca R. Pallmeyer on a motion for default judgment.

Date:   9/8/2020                      Thomas G. Bruton, Clerk of Court

                                        /s/ Nicole Fratto, Deputy Clerk