# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JORIE STERLING and SOPHIA STERLING, | |
| Plaintiffs, | |
| vs. | Case No.: 2019 CV 5599 |
| BOARD OF EDUCATION OF EVANSTON TOWNSHIP HIGH SCHOOL DISTRICT 202; ERIC WITHERSPOON; MARCUS CAMPBELL; MARVIN RHONE; MICHAEL HAYWOOD, | Honorable Franklin U. Valderrama |
| Defendants. | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Jorie Sterling and Sophia Sterling ("Plaintiffs") and the Board of Education of Evanston Township High School District 202, Eric Witherspoon, Marcus Campbell, Marvin Rhone, and Michael Haywood ("Defendants") hereby notify the Court that the parties have settled, in principle, the claims between them in this matter and are in the process of completing the closing documents and filing the dismissal. The parties anticipate on filing a stipulation of dismissal of the entire case with prejudice within 60 days.

Date: October 8, 2021

**Defendants the Board of Education of Evanston Township High School District 202, Eric Witherspoon, and Marcus Campbell**

By: s/ Molly E. Thompson
One of their attorneys

Charles A. LeMoine
clemoine@dykema.com
Molly E. Thompson
mthompson@dykema.com
Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 876-1700

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2021, I caused the foregoing **Notice of Settlement** to be electronically filed with the Clerk of the Court through the Court's CM/ECF system, which sent electronic notification to all parties of record.

s/ Molly E. Thompson